**No. 52238.**—V. Casazza & Bro. *v.* United States, protest 94151–K (New York).

Opinion by EKWALL J. On rehearing no evidence was produced and the case was submitted upon the record as originally made. In *Morales & Co. Sucs* v.

*United States* (54 Treas. Dec. 425, T. D. 43062) it was held that the inspector's official report to the collector is presumptively correct. In the absence of direct evidence contradicting the inspector's report in this case it was found that the original decision reported in Abstract 50590 should be and the same is hereby adhered to.